Tod S. Chasin
**BUCHANAN INGERSOLL & ROONEY**
**PROFESSIONAL CORPORATION**
700 Alexander Park, Suite 300
Princeton, New Jersey 08540
(609) 987-6800
Attorney for Plaintiff Oticon, Inc.

D. Richard Anderson
Quentin R. Corrie
BIRCH, STEWART, KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
(703) 205-8000
Attorneys for Plaintiff Oticon, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTICON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:08-cv-05489 FLW |
| v. | ) |
| | ) |
| VIVATONE HEARING SYSTEMS, LLC | ) |
| and | ) |
| SEBOTEK HEARING SYSTEMS, LLC | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING PURSUANT TO L. PAT. R. 4.1

COMES NOW the Plaintiff Oticon, Inc. ("Oticon"), by counsel, and pursuant to Local Patent Rule 4.1 hereby files its list of claim terms that it contends may be construed by the Court:

None at this time.

- 2 -

Dated: May 8, 2009                        /s/ Tod S. Chasin
                                          Tod S. Chasin (TC-0122)
                                          **BUCHANAN INGERSOLL & ROONEY,**
                                          **PROFESSIONAL CORPORATION**
                                          700 Alexander Park, Suite 300
                                          Princeton, New Jersey
                                          Attorneys for Plaintiff, Oticon, Inc.


                                          D. Richard Anderson
                                          Quentin R. Corrie
                                          **BIRCH, STEWART, KOLASCH &**
                                          **BIRCH, LLP**
                                          8110 Gatehouse Road, Suite 100 East
                                          Falls Church, VA 22040-0747
                                          Attorneys for Plaintiff Oticon, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTICON, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Act. No. 3:08-cv-05489(FLW) |
| | ) United States District Court |
| | ) District of New Jersey |
| VIVATONE HEARING SYSTEMS, LLC | ) |
| and | ) JURY DEMANDED |
| SEBOTEK HEARING SYSTEMS, LLC | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

CINDY J. HOLLENDER, of full age, certifies as follows:

1. I am a legal secretary employed by Buchanan Ingersoll & Rooney, P.C. attorney for plaintiff Oticon, Inc. in this action.

2. A true and accurate copy of the Notice of Filing Pursuant to L.Pat.R.4.1 in a Civil Case dated May 8, 2009, has been served upon the following parties by electronic mail on May 8, 2009:

Andrea Beth Schwartz, Esquire (aschwartz@fulbright.com)
   FULLBRIGHT AND JAWORSKI, LLP
   666 Fifth Avenue
   New York, NY  10103

   J. Jeffery Richardson, Esquire (JRichardson@Fulbright.com)
   Robert Greeson, Esquire (rgreeson@fulbright.com)
   FULBRIGHT & JAWORSKI L.L.P.
   2200 Ross Avenue, Suite 2800
   Dallas, TX  75201

   Andrew C. Ryan, Esquire (Ryan@cantorcolburn.com)
   CANTOR COLBURN LLP
   55 Griffin Road South
   Bloomfield, CT  06002

Jeffrey Shewchuk, Esquire (jdshewchuk@comcast.net)
SHEWCHUK IP SERVICES
3356 Sherman Ct., Ste. 102
Eagan, Minnesota 55121

Jonathan M. Korn, Esquire (Korn@blankrome.com)
BLANK ROME, LLP
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002

Adam V. Floyd, Esquire (AFloyd@fblawllp.com)
Floyd & Buss LLP
5113 Southwest Parkway
Suite 140
Austin, TX 78735

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2009

_____
Cindy J. Hollender